PETER H. GALULLO ET AL. *v.* CITY OF WATERBURY
ET AL.

The defendants' motion to dismiss the appeal from the Court of Common Pleas in the judicial district of Waterbury is denied by the court.

*John F. Phelan,* for the appellees (defendants).

*Wesley W. Horton,* for the appellants (plaintiffs).

Argued December 6—decided December 6, 1977

ELIDA, INC. *v.* HARMOR REALTY CORPORATION ET AL.

The motion by the defendant The Gourmet Shoppe, Inc., to dismiss the appeal from the Superior Court in New Haven County is denied by the court.

*Robert C. Mirto,* for the appellee (defendant The Gourmet Shoppe, Inc.).

*Robert S. Reger,* for the appellant (plaintiff).

Argued December 6—decided December 6, 1977

SHEILA VELSMID ET AL. *v.* JEANNE NELSON

The defendant's motion to dismiss the appeal from the Superior Court in Middlesex County is denied by the court.

*Robert Farr,* for the appellee (defendant).

*Patrick B. Dorsey,* for the appellants (plaintiffs).

Argued December 6—decided December 6, 1977